Salomon LEDEZMA–COSINO, aka
Cocino Soloman Ledesma,
Petitioner,

v.

Loretta E. LYNCH, Attorney
General, Respondent.

No. 12-73289

United States Court of Appeals,
Ninth Circuit.

Filed October 12, 2016

Agency No. A091–723–478

**ORDER**

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this

case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.